# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL ACTION NO. |
| : | 1:92-CR-0412-JOF |
| JOHNNY LENON BRANTLEY, : | |
| Defendant. : | |

## OPINION AND ORDER

The instant matter is before the court on Petitioner Johnny Lenon Brantley's letter construed by the clerk of court as a Pro Se Motion to Reduce Crack Cocaine Offense [99].

Petitioner was sentenced in 1993 for the possession and distribution of cocaine base. In the spring of 2008 Petitioner was discharged from prison and began serving time on supervised release. Petitioner filed the instant motion on March 4, 2008.

Petitioner asks the court to inform him of how Amendment 706 to the United States Sentencing Guidelines addressing the disparity between cocaine base or crack and powder cocaine sentences impacts his case. As Petitioner's sentence was complete at the time he filed the instant letter motion, the court presumes that Petitioner is requesting the court to apply Amendment 706 to reduce his period of supervised release.

The court denies Petitioner's motion on two grounds. First, Amendment 706 does not impact the calculation of Petitioner's term of supervised release. Second, at some time after Petitioner filed the instant motion he violated the provisions of his supervised release and was arrested in the Middle District of Georgia. The Middle District has moved to transfer this matter and Petitioner is currently awaiting a hearing in this district. The court will not exercise its discretion to reduce the sentence of a Petitioner that has failed to meet the provisions of his supervised release.

Petitioner's Motion is DENIED [99].

**IT IS SO ORDERED** this 14th day of April 2009.

s/ J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)